No. 719. RICHFIELD OIL CORP. *v.* NATIONAL LABOR RELATIONS BOARD. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Gregory A. Harrison, Moses Lasky, Marion B. Plant, Alvin J. Rockwell* and *David Guntert* for petitioner. *Solicitor General Sobeloff, Theophil C. Kammholz, David*

*P. Findling* and *Dominick L. Manoli* for respondent. Briefs of *amici curiae* in support of the petition were filed by *Milton C. Denbo* and *Thomas E. Shroyer* for the American Retail Federation, and by *Lambert H. Miller* and *Fred B. Haught* for the National Association of Manufacturers of the United States of America.

